UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL VAN PATTEN; MARK BANKS; CARL RALLS; WILLIAM MCGILL; DAN RUSS,<br><br>      Plaintiffs,<br><br>    v.<br><br>STATE OF OREGON; DEPARTMENT OF ADMINISTRATIVE SERVICES; DEPARTMENT OF CORRECTIONS; OREGON STATE POLICE; MICHAEL JORDAN,<br><br>      Defendants. | 6:12-cv-00263-TC<br><br>JUDGMENT |

Pursuant to the parties' Stipulation for Entry of Judgment of Dismissal, ECF No. 7, this matter is dismissed with prejudice and without costs or fees to any party.

DATED this 29th day of March 2013.

                Mary L. Moran, Clerk of Court

               by: /s/ Paul Bruch
                  Paul Bruch, Deputy Clerk