UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL VAN PATTEN; MARK BANKS; CARL RALLS; WILLIAM MCGILL; DAN RUSS,<br><br>                        Plaintiffs,<br><br>      v.<br><br>STATE OF OREGON; DEPARTMENT OF ADMINISTRATIVE SERVICES; DEPARTMENT OF CORRECTIONS; OREGON STATE POLICE; MICHAEL JORDAN,<br><br>                        Defendants. | 6:12-cv-00263-TC<br><br>AMENDED JUDGMENT |

Pursuant to the parties' Amended Stipulation for Entry of Judgment of Dismissal, ECF No. 9, this matter is dismissed without prejudice and without costs or fees to any party.

DATED this 30th day of July 2013.

                                                  Mary L. Moran, Clerk of Court

                                                  by: /s/ Paul Bruch
                                                         Paul Bruch, Deputy Clerk